RANDOLPH CREGGER & CHALFANT LLP
THOMAS A. CREGGER, SBN 124402
Email: tac@randolphlaw.net
PETER A. CRESS, SBN 245758
Email: pcress@randolphlaw.net
1030 G Street
Sacramento, CA 95814
Phone: (916) 443-4443
Fax:    (916) 443-2124

Attorneys for Plaintiff
County of Sacramento

## UNITED STATES DISTRICT COURT-BANKRUPTCY

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | **Bankruptcy Action No.: 13-33139** |
| GARY GORSKI | **Chapter No. 7** |
| Debtor | **COMPLAINT IN INTERPLEADER** |
| | **Adversary Proc. No.:** _____ |
| COUNTY OF SACRAMENTO, | |
| Plaintiff, | |
| vs. | |
| GARY GORSKI; ROBERT HUNTER; HOWARD ELEY; DOUGLAS WHATLEY, TRUSTEE IN BANKRUPTCY for GARY GORSKI; UNITED STATES OF AMERICA through the Internal Revenue Service; COUNTY OF YOLO, Defendants | |

## I. INTRODUCTION

1.      This Complaint arises from a voluntary petition for bankruptcy filed in the United States Bankruptcy Court, Eastern District of California, by petitioner Gary Gorski.  Gorski is an attorney who represented two parties in a previous civil action brought against the County of Sacramento ("County") in the United States District Court, Eastern District of California, *Hunter, et al v. County of Sacramento, et al,* case no. 2:06-cv-00457-GEB.  Plaintiffs in the civil action

RANDOLPH, CREGGER &
CHALFANT, LLP.
1030 G.St.
Sacramento, CA 95814
(916) 443-4443

Complaint in Interpleader
Adversary Proc. No.: _____     - 1 -

1  were prevailing parties on a cause of action brought under 42 U.S.C. § 1983, and as a result were

2  awarded attorney's fees pursuant to 42 U.S.C. § 1988, in the amount of $197,500.00. Gorski

3  claims half of the fee award as personal property in the schedules submitted. The bankruptcy

4  trustee, the Internal Revenue Service and the County of Yolo each claim a competing interest in

5  the award. The County acknowledges its obligation to pay the award but is exposed to multiple

6  claims. The County brings this action in interpleader seeking to deposit the funds with the

7  Bankruptcy Court and allow the court to adjudicate the multiple claimants rights among

8  themselves after dismissing the County.

9        2.       Plaintiff believes and alleges that all causes of action in this Complaint are core

10 proceedings.

11                        **II.        JURISDICTION AND VENUE**

12       3.       Jurisdiction is proper in this Bankruptcy Court pursuant to FRBP 7022(a)(1) and

13 28 U.S.C.A. § 1334(a).

14       4.       Venue is proper pursuant to 28 U.S.C.A. § 1408.

15                      **III.       PARTIES AND FACTUAL ALLEGATIONS**

16       5.       Plaintiff County of Sacramento is a municipal entity organized under the laws of

17 the State of California.

18       6.       Defendant Gary Gorski is the debtor in this bankruptcy. Gorski has listed a one

19 half interest in the attorney fee award as an asset in his Amended Schedule B, filed 12/24/15, in

20 the amount of $98,500.00 (Docket No. 63.) The basis of that claim is unknown.

21       7.       Defendant Robert Hunter was a plaintiff represented by Mr. Gorski in the civil

22 action giving rise to the fee award at issue in this complaint in interpleader, and entitled to the fee

23 award by order of the District Court.

24       8.       Defendant Howard Eley was a plaintiff represented by Mr. Gorski in the civil

25 action giving rise to the fee award at issue in this complaint in interpleader, and entitled to the fee

26 award by order of the District Court.

27       9.       Defendant Bankruptcy Trustee Douglas Whatley has been appointed the United

28 States Trustee to act as trustee for debtor's estate (Docket No. 56.)

RANDOLPH, CREGGER &
CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

Complaint in Interpleader
Adversary Proc. No.: _____

- 2 -

10.     Defendant United States of America, is a government entity acting through the Internal Revenue Service and a creditor in the bankruptcy case.  On or about November 20, 2013, the IRS caused to be served on the County a Notice of Levy, asserting that Gorski owed the IRS the sum of $297,298.23 and demanding that any property in the possession of the County, to include any money owed be turned over to the IRS.

11.     Defendant County of Yolo is a municipal entity organized under the laws of the State of California and a creditor in the bankruptcy case.  On or about October 23, 2013, the County of Yolo, asserting a lien filed in the *Hunter v. County of Sacramento* civil action, demanded that any payment to satisfy the order granting Hunter and Eley attorney's fees include the County of Yolo as a payee.

12.     The County of Sacramento has consistently taken the position that the order granting payment of attorney's fees directs that the payment be made to Hunter and Eley.  The County does not dispute the obligation to pay the award.  However, with Gorski having listed a 50% interest in the fee award as personal property in the schedules filed in this case, raising the issue of whether that interest is now property of the bankruptcy estate, and having received competing claims as to whatever interest Gorski may have, and without admitting the validity of any such interest and claims, the County is faced with a situation where it is faced with multiple claims on the award and potential liability to multiple parties.

13.     The County stands ready to deposit the entire amount of the award with the Bankruptcy Court.

### IV.     PRAYER FOR RELIEF

**WHEREFORE**, plaintiff prays judgment against defendants in interpleader, and each of them, as follows:

a.     That the defendants in interpleader be required to interplead and litigate among themselves their claim to the fee award at issue.

b.     That the bankruptcy court determine, and enter an order declaring, the proper allocation of the fee award at issue.  The County of Sacramento consents to the bankruptcy court making a final judgment on the allocation.

RANDOLPH, CREGGER & CHALFANT, LLP. 1030 G St. Sacramento, CA 95814 (916) 443-4443

Complaint in Interpleader
Adversary Proc. No.: _____     - 3 -

1      c.     That the County be dismissed from this action, with prejudice, following payment

2   of the fee award at issue into the registry of the bankruptcy court.

3      d.     That the County be awarded its costs and attorney's fees in bringing this action to

4   be determined by the bankruptcy court and paid out of the proceeds.

5

6   DATE:  January 14, 2014                    RANDOLPH CREGGER & CHALFANT LLP

7

8                                              */s/ Thomas A. Cregger*
                                               THOMAS A. CREGGER

9                                              Attorneys for Plaintiffs
                                               COUNTY OF SACRAMENTO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RANDOLPH, CREGGER &
CHALFANT, LLP.
1030 G.St.
Sacramento, CA  95814
(916) 443-4443

Complaint in Interpleader                              - 4 -
Adversary Proc. No.:  _____